427 A.2d 242

Commonwealth v. Costlow, Jr., Appellant.

Submitted December 6, 1979.  Thomas G. Klingensmith, Assistant Public Defender, for appellant;  Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Judgment of sentence affirmed.

427 A.2d 243

Commonwealth v. Goodwine, Appellant.

Submitted March 21, 1980.  Arthur J. King, Assistant Public Defender, for appellant;  Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Judgment of sentence affirmed.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania, is sitting by designation.